# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT
COUNCIL NO. 78 HEALTH AND
WELFARE FUND, et al,

                  Plaintiffs,

-vs-                                      Case No.  6:04-cv-463-Orl-28KRS

GMI PROFESSIONAL SERVICES, INC.,
f/k/a GMI Construction Services, Inc.,
WILLIAM C. SNEED,

                  Defendants.

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST GMI PROFESSIONAL SERVICES, INC. AND WILLIAM C. SNEED (Doc. No. 29)** |
| **FILED:** | **April 29, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

      The plaintiffs seek a default judgment against the defendants to recover, among other

things, contributions owed by the defendants to the plaintiffs under the terms of one or more

collective bargaining agreements.  In the motion, the plaintiffs state that they have not yet

completed discovery of the defendants with respect to the amount of contributions due and owing.

*See* doc. No. 29 at 5 n. 1.  They ask the Court to enter judgment based on the information now

known, but to reserve jurisdiction to reopen the entry of judgment if the plaintiffs gather information through discovery about other contributions due and owing.

The plaintiffs provide no legal support for their request that the Court enter a default judgment now but expressly reserve jurisdiction to reopen the judgment at a later date.  Even if such relief were proper, it is an inefficient use of judicial resources to consider motions for entry of judgment in such a piecemeal fashion.  Accordingly, the motion for entry of a default judgment is denied without prejudice to renewing it on or before July 15, 2005, after completion of all discovery.  If the plaintiffs need further time to complete discovery, they may request an extension of this deadline by motion.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties