UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT
COUNCIL NO. 78 HEALTH AND
WELFARE FUND, et al,**
     Plaintiffs,

-vs-             Case No. 6:04-cv-463-Orl-28KRS

**GMI PROFESSIONAL SERVICES, INC.,**
f/k/a GMI Construction Services, Inc.,
**WILLIAM C. SNEED,**
     Defendants.
_____

# ORDER

This case is before the Court on the Amended Motion for Entry of Final Default Judgment Against GMI Professional Services, Inc. and William C. Sneed Individually (Doc. No. 35) filed January 27, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 9, 2006 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Entry of Final Default Judgment Against GMI Professional Services, Inc. and William C. Sneed Individually (Doc. No. 35) is GRANTED.

Judgment shall be entered against the defendants in the amount of $9,157.97 plus pre and post judgment interest. The Court directs the Plaintiffs to submit a proposed judgment with the prejudgment interest calculated on or before June 6, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of May, 2006.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party