UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT
COUNCIL NO. 78 HEALTH AND
WELFARE FUND, et al,
                Plaintiffs,

-vs-                                    Case No. 6:04-cv-463-Orl-28KRS

GMI PROFESSIONAL SERVICES, INC.,
f/k/a GMI Construction Services, Inc.,
WILLIAM C. SNEED,
                  Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Award of Post-Judgment Fees and Costs (Doc. No. 46) filed June 26, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 18, 2006 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.     Plaintiffs' Motion for Award of Post-Judgment Fees and Costs is **GRANTED in part** and **DENIED in part**. Plaintiffs are awarded $26,320.00 in attorneys' fees[1] and $1,230.69 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11__ day of September, 2006.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] Awarding compensation for all of the hours submitted for Attorney Miles but none for Attorney Rosenthal as discussed and adopted from the Report & Recommendation.